**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-10581 |
| Plaintiff - Appellee, | D.C. No. 2:11-cr-50074-FJM |
| v. | |
| HEIDI WELCH, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Frederick J. Martone, District Judge, Presiding

Submitted September 10, 2012[**]

Before:    WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

Heidi Welch appeals from the revocation of supervised release and the five-

month sentence imposed upon revocation.  Pursuant to *Anders v. California*, 386

U.S. 738 (1967), Welch's counsel has filed a brief stating there are no grounds for

relief, along with a motion to withdraw as counsel of record.  We have provided

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Welch with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

Counsel's motion requesting a ruling from the court on her motion to withdraw is denied as moot.

**AFFIRMED.**